# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 12-1196    2. DATE DOCKETED: 04-16-2012
3. CASE NAME (lead parties only)    State of Michigan, et al    v.    U.S. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2009-234 and EPA-HQ-OAR-2011-0044
   c. Give date(s) of order(s): February 16, 2012
   d. Has a request for rehearing or reconsideration been filed at the agency? ● Yes ○ No
      If so, when was it filled? Various    By whom? See attachment.
      Has the agency acted? ○ Yes ● No    If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attachment.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ● Yes ○ No If YES, identify case name(s), docket number(s), and court(s)
      White Stallion Energy Center, LLC v EPA, Case No. 12-1100, and consolidated cases
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ● No If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ● No If YES, provide program name and participation dates.

Signature /s/ Neil D. Gordon    Date 05-25-2012
Name of Counsel for Appellant/Petitioner Neil D. Gordon
Address P.O. Box 30755, Lansing, MI 48909
E-Mail gordonn1@michigan.gov    Phone ( 517 ) 373-7540    Fax ( 517 ) 373-1610

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

In the
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATES OF MICHIGAN, ALABAMA, ALASKA, ARIZONA, FLORIDA, IDAHO, INDIANA, KANSAS, MISSISSIPPI, MISSOURI, NEBRASKA, NORTH DAKOTA, OHIO, OKLAHOMA, COMMONWEALTH OF PENNSYLVANIA, SOUTH CAROLINA, UTAH, COMMONWEALTH OF VIRGINIA, WEST VIRGINIA, and WYOMING, TERRY E. BRANSTAD, GOVERNOR OF THE STATE OF IOWA, ON BEHALF OF THE PEOPLE OF IOWA, and JACK CONWAY, ATTORNEY GENERAL OF KENTUCKY, | Case No. 12-1196/ Lead Case No. 12-1100 (and consolidated cases) |

     Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

     Respondent.

**ATTACHMENT TO DOCKETING STATEMENT**

     Petitioners in Case No. 12-1196 submit the following supplemental statements to their Docketing Statement.

     6(d).  <u>Requests for rehearing or reconsideration filed at the agency</u>

The following entities have filed petitions for reconsideration at the U.S. Environmental Protection Agency:

1. FirstEnergy Generation Corp. (Docket No. EPA-HQ-OAR-2009-0234-20173, Feb. 17, 2012).

2. Texas Commission on Environmental Quality, Texas Public Utility Commission, and Railroad Commission of Texas (Docket No. EPA-HQ-OAR-2009-0234-20174, April 13, 2012).

3. ARIPPA (Docket No. EPA-HQ-OAR-2009-0234-20175, April 16, 2012).

4. Institute of Clean Air Companies (Docket No. EPA-HQ-OAR-2009-0234-20176, April 16, 2012).

5. Edison Mission Energy (Docket No. EPA-HQ-OAR-2009-0234-20177, April 16, 2012).

6. East Kentucky Power Cooperative (Docket No. EPA-HQ-OAR-2009-0234-20178, April 16, 2012).

7. Utility Air Regulatory Group (Docket No. EPA-HQ-OAR-2009-0234-20179 and EPA-HQ-OAR-2009-0234-20180, April 16, 2012).

8. Power4Georgians (Docket No. EPA-HQ-OAR-2009-0234-20181, April16, 2012).

9. International Brotherhood of Boilermakers (Docket No. EPA-HQ-OAR-2009-0234-20182, April 16, 2012).

10. Southern Company (Docket No. EPA-HQ-OAR-2009-0234-20183, April 16, 2012).

11. Wolverine Power Supply Cooperative, Inc. (Docket No. EPA-HQ-OAR-2009-0234-20184, April 16, 2012).

12. Climate Policy Group (Docket No. EPA-HQ-OAR-2009-0234-20185, April 16, 2012).

13. Coal Utilization Research Council (Docket No. EPA-HQ-OAR-2009-0234-20186, April 16, 2012).

14. EarthJustice (Docket No. EPA-HQ-OAR-2009-0234-20187, April 16, 2012).

15. Puerto Rico Power Authority (Docket No. EPA-HQ-OAR-2009-0234-20188, April 16, 2012).

16. American Public Power Association (Docket No. EPA-HQ-OAR-2009-0234-20189, April 13, 2012).

17. Hawaiian Electric Company (Docket No. EPA-HQ-OAR-2009-0234-20191, April 16, 2012).

18. Basin Electric Power Cooperative (Docket No. EPA-HQ-OAR-2009-0234-20192, April 13, 2012).

19. Babcock & Wilcox (Docket No. EPA-HQ-OAR-2009-0234-20193, April 18, 2012).

20. Utility Air Regulatory Group (Docket No. EPA-HQ-OAR-2011-0044-5771, April 16, 2012).

21. Edgecomb Genco, LLC and Spruance Genco, LLC (Docket No. EPA-HQ-OAR-2009-0234-20194, April 27, 2012).

22. Environmental Integrity Project (Docket No. EPA-HQ-OAR-2009-0234-20195, April 23, 2012).

6(d). <u>Standing of petitioners</u>

The 22 state petitioners in Case No. 12-1196 have standing to challenge the Mercury and Air Toxics Standards Rule ("MATS Rule") because it harms their interests and an Order from the Court vacating the MATS Rule will redress the harm. Among other things, the MATS Rule undermines electric system reliability and increases the cost of electricity in the petitioning states due to the anticipated shutdown of electric generating units to meet the required emission reductions. The

threat to electric system reliability and the increase in the cost of electricity will adversely affect the petitioning states' government operations and their economies.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2012, a copy of the foregoing Docketing Statement and Attachment to Docketing Statement was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ *Neil D. Gordon*
Neil D. Gordon (DC# 436522)